**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASIMIRO AMEZCUA, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MIKE McDONALD, WARDEN, ) <br> ) <br> Respondent. ) | CASE NO. ED CV 09-02139 JLS (RZ) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: March 17, 2015

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE